# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE ROBINSON., <br><br>                              Plaintiff, <br><br>v. <br><br>KILOLO KIJAKAZI, Commissioner of Social Security, <br><br>                            Defendant. | Case No.: 21cv775-MDD <br><br>**TRANSFER ORDER** |

**IT IS HEREBY ORDERED** that the above-captioned case is transferred from the calendar of the Honorable Mitchell D. Dembin to the calendar of the Honorable Ruben B. Brooks for all further proceedings.

**IT IS SO ORDERED.**

Dated: May 4, 2022

_____
Hon. Mitchell D. Dembin
United States Magistrate Judge